**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. C 10-496 SI (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| SILVERMAN, PAEZ, BEA; et al., | |
|     Respondents. | |

This action is dismissed with prejudice because it is frivolous.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 1, 2010

_____
SUSAN ILLSTON
United States District Judge